UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

          Plaintiff,

   v.

JAMES A. SANTILLAN; MARIA E. SANTILLAN; and DOES 1 through 10, inclusive,

          Defendants.
                               /

NO. CIV. S-06-1315 LKK/KJM

O R D E R

A status conference is set in the above captioned case for Monday, August 28, 2006. The sole defendants in this action, James and Maria Santillan were properly served with a summons and complaint on June 15, 2006 but failed to answer or otherwise respond/appear. Accordingly the court hereby orders that:

    1.   Plaintiff is directed to seek default from the clerk of the court forthwith

    2.   Plaintiff is directed to move for default judgment

1

1        before the assigned magistrate judge within 30 days and;

2    3.   Status conference currently set for August 28, 2006 is
3 hereby VACATED.

4    IT IS SO ORDERED.

5    DATED: August 24, 2006.

```
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT
```