IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

      Plaintiff,                    No. CIV S-06-1315 LKK KJM

      vs.

JAMES SANTILLAN, et al.,

      Defendants.             ORDER

_____/

      Default was entered against defendant Maria Santillan in this action on September 15, 2006. Defendant has filed a letter, which the court will construe as an answer, in which good cause has been shown for setting aside the default.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The September 15, 2006 entry of default is vacated.

      2. The Clerk of Court is directed to modify the docket to indicate that the September 19, 2006 filing is an answer filed by defendant Maria Santillan.

DATED: September 22, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

06 johnson-santillan.vac

1